JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| KRISTIANA NICOLE TAYLOR, | Case No. 5:21-cv-00014-SK |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

**IT IS ADJUDGED** that this action is reversed and remanded to the Commissioner of the Social Security Administration for further proceedings.

Date: August 4, 2022

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE