STUART T. BARASCH, ESQ.
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX 79996
Telephone: (213) 621-7622
Facsimile: (213) 621-2536
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Kristiana Nichole Taylor

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

KRISTIANA NICHOLE TAYLOR,

                Plaintiff,    CASE NO.: 5:21-CV-00014-SK

   -v-

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

                Defendant.

**ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 (d)**

Before the Court is a Stipulation for Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the stipulation of the parties and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

1

IT IS HEREBY ORDERED that **attorney fees and expenses** in the amount of Five Thousand Seven Hundred Six Dollars ($5,706.00) and no costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs may be made payable to Olinsky Law Group at:

> 250 South Clinton St., Suite 210,
> Syracuse, NY 13202

Plaintiff's Motion for Attorney's Fees filed on October 31, 2022 (ECF 25) is denied as moot.

So ordered.

Date:  November 28, 2022                              _____

                                                                            Steve Kim
                                                                            United States Magistrate Judge